USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/10/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENITA JOHNSON

      Plaintiff,
    v.

Branch Banking & Trust Co.

      Defendant.

7:23-cv-01981-NSR

ORDER

NELSON S. ROMÁN, United States District Judge:

 On May 5, 2025, the Court issued an Order to Show Cause (the "Order") directing Plaintiff to show cause in writing on or before June 5, 2025 as to why this action against Defendant Branch Banking & Trust Co. should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Failure to comply with the Order would result in dismissal of this case for want of prosecution. Despite the Court's Order, there has been no further communication or action taken on the part of Plaintiff. Accordingly, it is hereby ordered that Plaintiff's claims against Branch Banking & Trust Co. are dismissed without prejudice and the matter terminated.

 The Clerk of Court is respectfully directed to terminate the instant matter and mail a copy of this order to *pro se* Plaintiff at the addresses on ECF and show service on the docket.

SO ORDERED.

 Dated: June 10, 2025
     White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge